# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134559

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MICHIGAN COMMUNITY ACTION AGENCY
ASSOCIATION,
        Appellant,

v

MICHIGAN PUBLIC SERVICE COMMISSION
and MICHIGAN CONSOLIDATED GAS
COMPANY,
        Appellees.

SC: 134559
COA: 263262
MPSC: 00-013902

_____/

On order of the Court, the application for leave to appeal the June 19, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

_____
Clerk

t1119